IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MARINA KATS,

          Defendant.

07-CR- **07 CR 012S**



FILED
JAN 1 2 2007
CLERK, US DISTRICT COURT, WDNY

---

## INFORMATION

(Title 18, United States Code, Sections 1347 and 2)

### COUNT 1

**The United States Attorney Charges that:**

Beginning in September 2002, and continuing to September 27, 2004, in the Western District of New York, the defendant, MARINA KATS, did knowingly, willfully, and unlawfully execute a scheme to defraud the Medicare Program, a health care benefit program as defined in Title 18, United States Code, Section 24(b); and to obtain money from Medicare, by false and fraudulent pretenses.

All in violation of Title 18, United States Code, Sections 1347 and 2.

DATED:   Buffalo, New York, January 11, 2007.

                TERRANCE P. FLYNN
                United States Attorney

BY:    _____
                JOHN E. ROGOWSKI
                Assistant United States Attorney
                United States Attorney's Office
                Western District of New York
                138 Delaware Avenue
                Buffalo, New York   14202
                (716) 843-5700, Ext. 873
                John.E.Rogowski@usdoj.gov